FILED

2013 Sep-30  PM 12:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DONALD RIDGE,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No. 2:12-CV-04174-RDP** |
| | } | |
| **ANTHEM HEALTH PLANS OF** | } | |
| **KENTUCKY, INC, et al.** | } | |
| | } | |
| **Defendants.** | } | |

## ORDER OF DISMISSAL

This case is before the court on the Notice of Voluntary Dismissal Without Prejudice (Doc.

# 16), filed by Plaintiff Donald Ridge.  Upon consideration of the matters presented in the Notice,

and for good cause shown, the court hereby **ORDERS** that the claims of Plaintiff Donald Ridge in

this action against Defendants shall be, and are, **DISMISSED WITHOUT PREJUDICE**.  Costs

are taxed as paid.

**DONE** and **ORDERED** this _____30th_____ day of September, 2013.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE